## AFFIDAVIT OF SERVICE

**State of Georgia**          **County of Northern**          **District Court**

Case Number: 1:25-cv-1608

Plaintiff:
**CARRIE E. HANLON**

vs.

Defendant:
**EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT, INNOVATIVE RECOVERY, INC. and TXU ENERGY**

For:
Octavio Gomez
The Consumer Lawyers, PLLC
501 E. Kennedy Blvd.
Ste. 610
Tampa, FL 33602

Received by Diligent Legal Services on the 31st day of March, 2025 at 12:48 pm to be served on **Innovative Recovery, Inc., 5310 Harvest Hill Road, Suite 277, Dallas, TX 75230**.

I, Carlos Barrera, being duly sworn, depose and say that on the **2nd day of April, 2025** at **3:08 pm, I:**

delivered to an **AUTHORIZED** entity a true copy of the **Summons, Complaint And Demand For Jury Trial and Civil Cover Sheet** with the date of service endorsed thereon by me, to: **Howard Hetton** as **Authorized Person** at the address of: **5310 Harvest Hill Road, Suite 277, Dallas, TX 75230**, who stated they are of suitable age and authorized to accept service for **Innovative Recovery, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 2 day of April, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

BLANCHE CUNNINGHAM
Notary Public, State of Texas
Comm. Expires 09-30-2026
Notary ID 128439279

**Carlos Barrera**
PSC 5305  Exp 6/30/26

**Diligent Legal Services**
**1497 Main Street**
**Dunedin, FL 34698**
**(727) 424-7367**

Our Job Serial Number: AHC-2025000544
Ref: 2025000544