# AFFIDAVIT OF SERVICE

**State of Georgia**　　　　　　　**County of Northern**　　　　　　　**District Court**

Case Number: 1:25-cv-1608

Plaintiff:
**CARRIE E. HANLON**

vs.

Defendant:
**EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT, INNOVATIVE RECOVERY, INC. and TXU ENERGY**

For:
Octavio Gomez
The Consumer Lawyers, PLLC
501 E. Kennedy Blvd.
Ste. 610
Tampa, FL 33602

Received by Diligent Legal Services on the 31st day of March, 2025 at 12:48 pm to be served on **TXU Energy, 6555 Sierra Drive, Irving, TX 75309**.

I, Carlos Barrera, being duly sworn, depose and say that on the **3rd day of April, 2025** at **1:47 pm**, I:

delivered to an **AUTHORIZED** entity a true copy of the **Summons, Complaint, and Civil Case Cover Sheet** with the date of service endorsed thereon by me, to: **Roxanna Benitez** as **Authorized Person** at the address of: **6555 Sierra Drive, Irving, TX 75309**, who stated they are of suitable age and authorized to accept service for **TXU Energy**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4 day of April, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

BLANCHE CUNNINGHAM
Notary Public, State of Texas
Comm. Expires 09-30-2026
Notary ID 128439279

**Carlos Barrera**
PSC 5305  Exp 6/30/26

**Diligent Legal Services**
1497 Main Street
Dunedin, FL 34698
(727) 424-7367

Our Job Serial Number: AHC-2025000545
Ref: 2025000545

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a