# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CARRIE E. HANLON,

  Plaintiff,

v.

CASE NO.: 1:25-cv-01608-AT-WEJ

EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; COLUMBIA DEBT RECOVERY, LLC d/b/a GENESIS CREDIT MANAGEMENT; INNOVATIVE RECOVERY, INC.; and TXU ENERGY,

  Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC

    COMES NOW Plaintiff, CARRIE E. HANLON, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon

execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 18th day of April, 2025.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 18th day of April, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*

2