UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARRIE E. HANLON,

  Plaintiff,

v.

                                      CASE NO.: 1:25-cv-01608-AT-WEJ

EQUIFAX INFORMATION
SERVICES LLC; TRANS UNION
LLC; COLUMBIA DEBT
RECOVERY, LLC d/b/a GENESIS
CREDIT MANAGEMENT;
INNOVATIVE RECOVERY, INC.; and
TXU ENERGY,

  Defendants.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
EQUIFAX INFORMATION SERVICES LLC**

      COMES NOW Plaintiff, CARRIE E. HANLON, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general

release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 21st day of April, 2025.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 21st day of April, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*
